SCWC-19-0000146

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

JAYLORD PARRAS,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000146; CASE NO. 1PC131001603)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellant's Application for Writ
of Certiorari, filed on August 14, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti

